# 2025CRB00165 STATE OF OHIO vs. SADAR, FRANCES J

- Case Type:
  - CRIMINAL MISDEMEANOR
- File Date
  - 07/23/2025
- Action:
  - DISORDERLY CONDUCT
- Status Date:
  - 07/29/2025
- Case Judge:
  - Bednar, Michael C
- Next Event:
  - 08/11/2025

**EXHIBIT A**

| All Information | Party | Charge | Ticket/Citation # | Event | Docket | Financial | Disposition |

## Party Information

**SADAR, FRANCES J**
- DEFENDANT

- DOB
  - xx/xx/1967
- DOD
- Disposition
- Disp Date

- Address
  - 1215 TOWNSHIP ROAD 138
  - DILLONVALE, OH  43917
- Phone

Alias

Party Attorney

**More Party Information**

**HORNER, CHRIS**
- OFFICER/COMPLAINANT

- DOB
- DOD
- Disposition
- Disp Date

- Address
- Phone

Alias

Party Attorney

**More Party Information**

**AGRESTA, EMANUELA**
- Prosecuting Attorney

- DOB
- DOD
- Disposition
- Disp Date

- Address
- Phone

Alias

Party Attorney

**More Party Information**

## Party Charge Information

- **SADAR, FRANCES J**
- DEFENDANT
  - **Charge # 1:**
    - **2917.11 - Minor Misdemeanor**    DISORDERLY CONDUCT
    - **Counts:**

- Original Charge
  - 2917.11 DISORDERLY CONDUCT (Minor Misdemeanor)
  - Amended Charge

- Ticket #
  - Jurisdiction
  - JEFFERSON COUNTY SHERIFF
  - Offense Location
  - Offense Date
  - 06/17/2025
  - Officer

**Sentencing Information**

## Ticket/Citation #

**Citation # : - JEFFERSON COUNTY SHERIFF**
**Offense Date**

- Agency
- Officer
  HORNER, CHRIS(44)
- Second Officer
- Complainant

- Speed Cited
- Speed Limit
- Location
- Insured/Proof
- Accident
- Work Zone
- Haz Mat
- Points
- Priors
- License Taken
- BAC

- Drivers License
- Expiration
- State
- Type

- Plate
- State
- Year
- Type
- Style
- Color

### Events

| Date | Location | Type | Event Judge | Result |
|---|---|---|---|---|
| 07/28/2025 01:30 PM | Courtroom | ARRAIGNMENT | Bednar, Michael C | HEARING HELD |
| 08/11/2025 02:00 PM | Courtroom | PRE-TRIAL | Bednar, Michael C | |

### Docket Information

| Date | Docket Text | Amount Owed | Amount Due |
|---|---|---|---|
| 07/23/2025 | CITATION/COMPLAINT | | |
| 07/23/2025 | Case is not payable online at this time | $0.00 | $0.00 |
| 07/23/2025 | SUMMONS TO BE SERVED VIA PERSONAL SERVICE BY JEFFERSON COUNTY SHERIFF'S DEPARTMENT<br>A (n)SUMMONS UPON COMPLAINT was generated and sent to:<br>DEFENDANT:  FRANCES J SADAR 1215 TOWNSHIP ROAD 138, DILLONVALE, OH 43917 | | |

| Date | Docket Text | Amount Owed | Amount Due |
|---|---|---|---|
| 07/23/2025 | HEARING SCHEDULED<br>Judge: Bednar, Michael C<br>Event: ARRAIGNMENT<br>Date: 07/28/2025  Time: 01:30 PM | | |
| 07/23/2025 | MISDEMEANOR FILING FEE | $95.00 | $95.00 |
| 07/23/2025 | FINE AMOUNT<br>Charge #1: DISORDERLY CONDUCT | $195.00 | $195.00 |
| 07/25/2025 | SHERIFF FEES<br>DEFENDANT WAS SERVED VIA PERSONAL SERVICE ON 7/25/2025 | $47.00 | $47.00 |
| 07/28/2025 | NOT GUILTY PLEA<br>Event: ARRAIGNMENT     07/28/2025 01:30 PM<br>Jurisdiction: WINTERSVILLE COURT 2    Locality:<br>Judicial Officer: Bednar, Michael C<br>Order: NGP NOT GUILTY PLEA<br>Party Charge 1 | | |
| 07/28/2025 | CASE ASSIGNED TO JUDGE | | |
| 07/29/2025 | HEARING SCHEDULED<br>Judge: Bednar, Michael C<br>Event: PRE-TRIAL<br>Date: 08/11/2025  Time: 02:00 PM | | |
| 07/29/2025 | DOCUMENT CREATED<br><br>(n)HEARING NOTICE (CR/TR)<br>Sent On:  07/29/2025 09:11:39<br>Notice Sent To:  FRANCES J SADAR 1215 TOWNSHIP ROAD 138, DILLONVALE, OH 43917<br>Notice Sent To:  EMANUELA AGRESTA No addresses available<br>Notice Sent To:  MICHELE BERARDUCCI 7550 STATE ROUTE 213, TORONTO, OH 43964 | | |

**Financial Summary**

| Cost Type | Amount Owed | Amount Paid | Amount Adjusted | Amount Outstanding |
|---|---|---|---|---|
| COST | $47.00 | $0.00 | $0.00 | $47.00 |
| FILING FEE | $95.00 | $0.00 | $0.00 | $95.00 |
| FINE | $195.00 | $0.00 | $0.00 | $195.00 |
|  | $337.00 | $0.00 | $0.00 | $337.00 |

⊘

**Case Disposition**

| Disposition | Date | Case Judge |
|---|---|---|
| AJ07-TRANSFER (AJ) | 07/29/2025 | Bednar, Michael C |
| IJ14-PARTY UNAVAILABLE (IJ) | 07/29/2025 | Bednar, Michael C |