# JEFFERSON COUNTY COURT #2
### 512 Main Street
### Wintersville, OH 43953
### Phone: 740-264-7644



STATE OF OHIO

vs

**FRANCES J SADAR**
1215 TOWNSHIP ROAD 138
DILLONVALE, OH 43917

TO: **FRANCES J SADAR**

**SUMMONS UPON COMPLAINT**

2025CRB00165   **FILED**

JUL 2 3 2025

Jefferson County Court
District Number 2
Wintersville, Ohio

A Complaint, a copy of which is attached hereto, has been filed in the above captioned Court charging that you are in violation of:

2917.11              DISORDERLY CONDUCT                    MM

You are hereby summoned and ordered to appear on **07/28/2025 at 01:30 PM**, in this court.

If you fail to appear at the time and place above you may be arrested.

_____
Deputy Clerk

The address of the Court is: 512 Main Street, Wintersville, OH 43953

*Special Instructions: **PER COURT'S ORDER YOU ARE HEREBY INSTRUCTED TO SUBMIT TO FINGERPRINTING AT THE JEFFERSON COUNTY JUSTICE CENTER IMMEDIATELY FOLLOWING YOUR ARRAIGNMENT. "FAILURE TO COMPLY MAY RESULT IN FURTHER PENALTY."**

WITNESS my signature and the seal of said Court July 23, 2025.

_____, clerk

FRANCES J SADAR
1215 TOWNSHIP ROAD 138
DILLONVALE, OH 43917

7517254

**FILED**

JUL 23 2025

Jefferson County Court
District Number 2
Wintersville, Ohio

IN THE JEFFERSON COUNTY COURT
DISTRICT NO. 2-WINTERSVILLE COURT

**SUMMONS**
1 Ct. Disorderly Conduct (MM)

STATE OF OHIO,

CASE NO. 25CRB165

Plaintiff

VS.

FRANCES J. SADAR
1215 Township Road 138
Dillonvale, OH 43917
DOB: 9/13/1967
SSN: 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
Incident #: 06-25-002853

**COMPLAINT**
(RULE 3) (RULE 4)

Defendant.

**Count One**

Complainant being duly sworn states that Frances J. Sadar, in Steubenville Township, Jefferson County, on or about June 17, 2025, unlawfully did recklessly cause inconvenience, annoyance, or alarm to another by making unreasonable noise or an offensively coarse utterance, gesture, or display or communicating unwarranted and grossly abusive language to any person in violation of §2917.11(A)(2), 2917.11(E)(2), Disorderly Conduct, a minor misdemeanor.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

CAPT. Gary Slates Jr.

Sworn before me by Gary Slates, on this 16th day of July, 2025.

Deputy Christopher Horner
Jefferson County Sheriff's Office

Kimberly A. Kelley
JUDGE/Clerk/Notary Public

KIMBERLY A. KELLEY
Notary Public
In and for the State of Ohio
My Commission Expires
September 25, 2028