# JEFFERSON COUNTY COURT #2
## 512 Main Street
## Wintersville, OH 43953
## Phone: 740-264-7644



July 29, 2025

CASE NO. 2025CRB00165

Dear Sir or Madame:

You are hereby notified the case of State of Ohio, Plaintiff vs FRANCES J SADAR, Defendant, has been assigned to PRE-TRIAL on 08/11/2025 at 02:00 PM. Please report to the Court at that time. This is the only notice you will receive.

**All parties must be properly attired or may be precluded from testifying.**

SO ORDERED,

_____
Michael C Bednar, JUDGE

cc:
    AGRESTA, EMANUELA
    BERARDUCCI, MICHELE

FRANCES J SADAR
1215 TOWNSHIP ROAD 138
DILLONVALE OH 43917

7518476