UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STATE OF OHIO, | Case No. 2:25-cv-890 |
| Plaintiff, | |
| | Judge Sargus |
| v. | |
| | Magistrate Judge Deavers |
| FRANCES J. SADAR, | *State Court Criminal Case No. 2025CRB00165,* |
| Defendant. | *Jefferson County Court #2* |

## STIPULATION OF DISMISSAL WITH PREJUDICE

After Defendant Frances J. Sadar filed her Notice of Removal in this Court, Plaintiff State of Ohio dismissed with prejudice the underlying state court prosecution. Accordingly, Plaintiff State of Ohio and Defendant Frances J. Sadar stipulate to the dismissal of this federal action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

JEFFERSON COUNTY
PROSECUTOR, JANE M. HANLIN

/s/ Jane M. Hanlin
JANE M. HANLIN (#0073682)
Prosecuting Attorney
16001 State Route 7
Steubenville, OH 43952
Telephone: (740) 283-1966
Facsimile: (740) 283-3409
jhanlin@jcprosecutor.com
*Counsel for Plaintiff
State of Ohio*

DOMINICK S. GERACE II
UNITED STATES ATTORNEY

s/John J. Stark
JOHN J. STARK (0076231)
Assistant United States Attorneys
303 Marconi Boulevard, 2nd Floor
Columbus, Ohio 43215
Telephone: (614) 469-5715
Facsimile: (614) 469-5240
john.stark@usdoj.gov
*Counsel for Defendant
Frances J. Sadar*